**v.**

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2008–3062.

United States Court of Appeals, Federal Circuit.

May 6, 2008.

**COMCATION, INC., Plaintiff–Appellant,**

**v.**

**UNITED STATES, Defendant–Appellee.**

No. 2008–5001.

United States Court of Appeals, Federal Circuit.

May 12, 2008.

Anthony Charles Gulotta Jr., Anderson & Gulotta, PC, Harrisburg, PA, H. Chris-

topher Bartolomucci, Paul Anthony Werner III, Hogan & Hartson, LLP, Washington, DC, for Plaintiff–Appellant.

Arthur Catterall, Department of Justice, Washington, DC, for Defendant–Appellee.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).